UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-68-1BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | <u>O R D E R</u> |
| | : | |
| JAMES EARL AUSTIN | : | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 41 be sealed.

This 26 May 2011.

                                         _____
                                         W. Earl Britt
                                         Senior U.S. District Judge