UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-68-1BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES EARL AUSTIN | ) | |

This matter comes before the Court upon the unopposed motion of the United States to continue the sentencing hearing of the Defendant, and for good cause shown, it is hereby ORDERED that said hearing is continued to 1 August 2011.

This 26 May 2011.

_____
W. Earl Britt
Senior U.S. District Judge